SEALED 3:25-mj-00296

DISTRICT OF OREGON    )
                          )   ss.                 AFFIDAVIT OF ROY GARRISON
                          )

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Special Agent Roy Garrison, being duly sworn, do hereby depose and state as follows:

**<u>Introduction</u>**

1.      I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). I am currently employed as a Special Agent with the Internal Revenue Service – Criminal Investigation (IRS-CI), assigned to the Portland, Oregon post of duty. I have been a federal law enforcement officer since October of 2023. I have completed both the Criminal Investigators Training Program, and IRS-CI Special Agent Training Program, at the Federal Law Enforcement Training Center in Georgia where I received instruction specific to federal crimes that include 18 U.S.C. §1952 (Interstate Commerce in Aid of a Racketeering Enterprise). During my time as a Special Agent with IRS-CI, I have interviewed both employees and patrons of suspected Illicit Massage Businesses (IMBs).[1]

2.      Prior to my employment with IRS-CI, I was employed as a certified law enforcement officer in the State of Arizona for approximately eleven years. I was a Police Officer and Detective with the City of Eloy Police Department for approximately nine of those years, where I was tasked with investigating a wide variety of crimes including fraud, identity theft, the distribution of narcotic drugs, sexual assault, and murder. I was also employed as a Special Agent with the Arizona Attorney General's Office for two years, where I was primarily tasked with

---

[1] The term "Illicit Massage Business" (or "IMB") refers to a massage business offering illicit sexual services under a guise of a legal massage business.

investigating fraud to Arizona's Medicaid system.  I have also attended trainings, and conducted multiple investigations that involve prostitution and human trafficking.

3.    I submit this affidavit in support of a criminal complaint and arrest warrant charging GUOLING **ZHOU** with one count of 18 U.S.C. §1952 (Interstate Commerce in Aid of a Racketeering Enterprise).

4.    This affidavit is intended to show only that there is sufficient probable cause for the requested criminal complaint and does not set forth all my knowledge about this matter.  The statements contained in this affidavit are based upon my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers; my review of records related to this investigation; communications with others who have knowledge of the events and circumstances described herein; and information gained through my training and experience.

5.    This Court has jurisdiction to issue the proposed warrant because it is a "court of competent jurisdiction" as defined in 18 U.S.C. § 2711.  Specifically, this Court is a district court of the United States that has jurisdiction over the offense being investigated.  *See* 18 U.S.C.§ 2711(3)(A)(i).

## **Applicable Law**

6.    **18 U.S.C § 1952(a)(3)** prohibits a person to use any facility in interstate or foreign commerce to promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on, of any unlawful activity.

a.    18 U.S.C. § 1952(b) defines "unlawful activity" to include "any business enterprise" that engages in "prostitution offenses in violation of the laws of the State in which they are committed."  Promoting Prostitution is illegal in the State

of Oregon, as defined in Oregon Revised Statutes 167.012. This statute makes it a "Class C Felony" (punishable by up to five years imprisonment) for individuals to facilitate or profit from the prostitution of others.

## Statement of Probable Cause

*Background*

7.      **GOULING ZHOU (ZHOU)** is a Chinese citizen, who resides in the United States. **ZHOU** maintains an Oregon Driver's License, which was updated in June of 2025 to reflect a home address located in Durham, Oregon.

8.      **Starlight Spa** was registered with the Oregon Secretary of State on October 28, 2020. **ZHOU** is listed as the registrant, and the business address is listed as "9519 SW Barbur Blvd. Portland, Oregon 97219." The business remains active at this location to this day, with exterior signage reading, "Star Light Spa" and the phone number "503-444-7112."

9.      **Skylight Spa** was registered with the Oregon Secretary of State on November 18, 2020. **ZHOU** is listed as the registrant, and the business address was updated on February 16, 2022, to "7850 SW Barbur Blvd. Suite C Portland, Oregon 97219" (roughly 1 mile away from Starlight Spa). The business remains active at this location to this day, with exterior signage reading, "Skylight Spa" and the phone number "503-477-4643."

10.     **Rose Massage** (AKA Rose Spa) was registered with the Oregon Secretary of State on December 2, 2022. **ZHOU** is the registrant, and the business address is listed as "8497 SW Warm Springs St. Tualatin, Oregon 97062." The business remains active at this location to this day, with exterior signage reading, "Rose Massage" and the phone number "503-885-3936."

*Former Employee Alleges that ZHOU Promotes Prostitution in Her Businesses*

11.    On August 2, 2022, a Mandarin-speaking woman (hereinafter referred to as "W1") called the Portland Police Bureau (PPB) to report she was threatened by her employer.

12.    Investigators from PPB and U.S. Homeland Security Investigations (HSI) conducted an interview with W1, who stated she traveled to Oregon from Illinois days earlier to work at Starlight Spa.  W1 located the job advertisement on the Chinese WeChat application, and she was only supposed to be providing massage services (no sexual services) at the spa for a term that was supposed to last 2 months.

13.    W1 was expected to work from 7:00 a.m. to 10:00 p.m. seven days a week, and she lived in the spa with another unknown female employee.

14.    W1 described the owner of the spa as being a woman born in April of 1975 who drove a white Cadillac SUV.  These were characteristics consistent with **ZHOU** at the time.   W1 said the owner introduced herself as "Lin Lin," a name that W1 suspected was fake.

15.    Shortly after beginning work at the spa, "Lin Lin" ordered W1 to have sex with a client.  W1 responded by saying she did not want to, and she was menstruating. "Lin Lin" tried to further coerce W1 by threatening to beat her, to evict and fire her, and to have her arrested. W1 escaped and called PPB from a nearby fast-food restaurant.

16.    During the interview, W1 provided investigators with two business cards for her employer.  The business cards were for Starlight Spa and Skylight Spa.

*Former Employee's Allegations are Corroborated by Online Advertisements*

17.     After receiving the complaint from W1, PPB conducted an online search for Starlight Spa and Skylight Spa and found both businesses regularly advertised on websites connected to prostitution.

18.     The advertisements went back to (at least) November of 2021, months before W1 came forward to the police.  One example is an advertisement for Starlight Spa, which was posted to a website called "skipthegames.eu"[2] on April 16, 2022.  Although the advertisement did not explicitly mention sex, it featured seductive language and sexually suggestive photos of women in lingerie.  None of the women were wearing traditional massage uniforms, and the term "massage" was not displayed anywhere on the advertisement.  Instead, the advertisement used phrases that include "1000% NEW GIRLS", and "100% SEXY." In my training and experience, legitimate massage businesses do not use advertisements that contain sexually suggestive photos of their massage workers.

*Former Employee's Allegations are Corroborated by Online Reviews from Customers*

19.     Investigators located reviews posted online by purported customers of **ZHOU**'s businesses.  A review for Starlight Spa, posted on "Rubmaps.ch"[3] in November of 2023, corroborates that sexual services are offered at the business.  A user named "gowithitpdx" reported

---

[2] Skipthegames.eu (also known as skipthegames.com) is an online classifieds ads platform primarily used for adult-oriented personal ads.  The site is frequently used for arranging escort services and casual encounters.

[3] Rubmaps.com is a forum-based website which allows customers to discuss their individual experiences at illicit massage businesses.  Over time, the site's operators shifted to the Swiss based web domain "rubmaps.ch" to evade U.S. legal jurisdiction.

he paid a $70 "fee to the house" and $150 "tip" for sex with an employee named "Lucky."  An excerpt from the review is as follows:

> "This was my third attempt to get service and Lucky was busy but asked me to wait for 10 minutes. Normally I would have walked but she was attractive and walked up to me cheek to cheek, so I decided to stay. I have been here quite a while ago regularly because I have had good service from attractive providers. In 10 minutes, she was back to give me a lackluster massage but there was promise of some better contact to come after the massage. She finished the massage with a hot towel, and I handed her my offering. She did the typical leave the room and return with a cover. She was prelubed that did not go well with the DATY but I toweled it off and went down on her. Lucky has a nice youthful slender body with small but perky boobs that I find attractive so I did not need any more that her light stroking me while kissing those perky nipples to get hard. She seemed to enjoy the DATY to climax then she covered me for Mish. I found her to be tight and responsive body to body but I wanted to finish in doggy. Nice view from back there! No kissing, bummer!"

20.     I know from training and experience the coded term DATY is coded language for "Dinner At The Y" or cunnilingus.  I also know from training and experience the term "cover" is used to describe a condom, the term "mish" is shorthand for missionary (sexual intercourse from a front facing position), and the term "doggy" is used to describe sexual intercourse from a rear facing position.  The term "offering" appears to be used to describe the payment made by the client for sex.

Page 6 – Affidavit of Roy Garrison

*The Oregon Board of Massage Therapists (OBMT)*

21.    Oregon Revised Statute (ORS) 687.021(1)(a) states that "a person may not engage or purport to engage in the practice of massage without a massage license issued by the State Board of Massage Therapists." Furthermore, ORS 687.122 empowers the OBMT to investigate licensing violations.

22.    Oregon Administrative Code § 334-010-0025(3)(d) notes that a massage therapist "must use safe and functional coverage/draping practices during the practice of massage when the client is disrobed." The statute goes on to describe "safe and functional coverage/draping" to include draping that ensures "massage or movement of the body does not expose genitals, gluteal cleft or breast area."

*OBMT Confirms that Unlicensed Employees Offer Sexual Services*

23.    On June 24, 2025, the Oregon Board of Massage Therapists (OBMT) provided me with a series of compliance reports. The reports were related to massage businesses owned by **ZHOU**. The reports show a pattern of conduct which is clearly indicative of prostitution. A summary of the OBMT reports are as follows:

   a.    **OBMT Case # 3566 | Rose Massage**: An inspector operating on behalf of OBMT went in for a massage on or about May 4, 2023.   The inspector did not identify himself and he paid $100 cash for a simultaneous massage from both **ZHOU** (who identified herself as "Coco") and another employee ("Employee 1"). The inspector perceived the massage to be seductive, but he was never explicitly propositioned for sex. More specifically, the inspector noted that **ZHOU** and Employee 1 placed all four of their hands on his back at the same time and laughed as they proceeded to strip away the only draping towel that was covering his body.  **ZHOU** later told

the inspector to turn over onto his back, and **ZHOU** looked puzzled as the inspector reached for the towel to try and cover himself before turning over. **ZHOU** then told the inspector that she would leave him with "one young girl" (Employee 1), and **ZHOU** walked out of the room. The inspector noted that Employee 1, who "appeared to have almost no training and experience doing massage", proceeded to provide a "very odd" massage that included sitting cross legged between the investigator's legs while rubbing her hands close to his genitals and pushing his draping towel up to the point where he felt that he was "exposed." Before exiting the business, the investigator identified himself and asked **ZHOU** and Employee 1 for identification. **ZHOU** confirmed that she owned the business, and she provided an Oregon driver's license. Employee 1 provided a California driver's license. Neither produced Oregon massage licenses.

b. **OBMT Case # 3586 | Starlight Spa**: An OBMT inspector went in for a massage on or about May 23, 2023. The inspector paid $70 cash for a massage from Employee 2. During the massage, Xia propositioned him for oral sex, which she said was $120 extra. The inspector declined. The inspector noted that Xia's massage was "poorly done, and she was dressed inappropriately seductive." Before exiting the business, the investigator identified himself and asked Xia for identification. Xia provided a U.S. Employment Authorization card, and no massage license.

c. **OBMT Case # 3587 | Skylight Spa**: An OBMT inspector went in for a massage on/about May 8, 2023. The OBMT inspector paid $70 cash for a massage from Employee 3, who was wearing a short skirt. The inspector perceived the massage

to be seductive, but he was never explicitly propositioned for sex. The inspector believed Cole may have figured out during the massage that he was there on behalf of OBMT. [NOTE: Employee 3's criminal history shows she was previously arrested in 2021 by the Las Vegas Metropolitan Police Department for engaging in prostitution.] Before exiting the business, the investigator identified himself and asked Employee 3 for identification.  Employee 3provided a "photo passport ID" (unspecified country), and no massage license.

d.  **OBMT Case # 3975 | Skylight Spa**:  An inspector operating on behalf of OBMT went in for a massage on or about May 13, 2025.  The inspector paid $70 cash for a massage from Employee 4.  During the massage, Employee 4 propositioned him for oral sex, which she said was $100 extra.  The inspector declined, and Employee 4 told the inspector she did not personally benefit from the $70 (house) fee he paid. Before exiting the business, the investigator identified himself and asked Employee 4 for identification.  Employee 4 provided her Chinese passport, and no massage license.

e.  **OBMT Case # 4059 | Rose Massage**: An inspector operating on behalf of OBMT went in for a massage on or about May 17, 2025.  The OBMT inspector paid $70 cash for a massage from Employee 5.   During the massage, Employee 5 propositioned him for full sexual intercourse, which she said was $200 extra.  The inspector declined.  Before exiting the business, the investigator identified himself and asked Employee 5 for identification.  Employee 5 provided a U.S. Employment Authorization card, and no massage license.

Page 9 – Affidavit of Roy Garrison

Case 3:25-mj-00296     Document 1-1     Filed 10/14/25     Page 10 of 17

24.     In each of the reports, the OBMT inspector noted that the employees did not speak fluent English, and it appeared that many of the employees were living in the IMBs.

*OBMT Notifies ZHOU that Sex is Occurring in Her Businesses*

25.     After each OBMT investigation, the board issued **ZHOU** with a "Notice of Proposed Action", which includes a "finding of facts" section that includes the notes of the investigator's visits.  The Notice of Proposed Action served to inform **ZHOU** of impending civil fines.

26.     To date, **ZHOU** has received the notices, and paid the fines for, OBMT case # 3566, 3586, and 3587.  The notice for case # 3586 explains that the OBMT inspector received a massage that was "inappropriate and seductive", and it imposes a $4,517.58 fine.  **ZHOU** received the notice for case # 3586 and paid the fine on November 27, 2023, via a personal check from her checking account at US Bank.

27.     **ZHOU** has not yet confirmed receipt of the notices for case # 3975 and 4059.

*Customers Report that the Businesses are Offering Sex, Even After ZHOU was Fined by OBMT*

28.     During this investigation, multiple male customers of **ZHOU**'s IMBs came forward to report they received non-consensual (unsolicited) sexual contact during their massages.

    a.  On February 2, 2023, a male witness (hereinafter referred to as "W3") walked into the Tualatin Police Department to report that he went to Rose Massage for a massage.  When he arrived, he was greeted by an Asian female who spoke very little English.  The female kissed him on the cheek upon his arrival.  During the massage, the female tried to convince W3 to remove his underwear, she asked W3 if he wanted her to perform oral sex on him, and she repeatedly brushed W3's penis.  After W3 refused all the woman's advances, she laid her head on W3's stomach

and held it there claiming she was tired.  W3 did not react and laid there in silence until the 30-minute massage concluded.

b.  On November 9, 2024, the Portland Police Bureau fielded a complaint from a male witness (hereinafter referred to as "W4") who reported a woman at Starlight Spa offered a "happy ending" during his massage.  W4 refused the advances, and he departed the spa.

*Concerned Citizens Report Suspicious Activity at ZHOU's IMBs*

29.  During the course of this investigation, law enforcement received multiple reports from concerned citizens who suspected that the women working in the massage parlors were victims of human trafficking.  The citizens came to this conclusion largely based on their belief that the women were living in the IMBs.

a.  In July of 2024, a Fire Inspector with Portland Fire and Rescue reported indicators of human trafficking occurring at Skylight Spa.  While conducting a fire inspection at the spa, the inspector was greeted by an Asian woman, wearing a short black dress, who only spoke "Chinese."   During the inspection, it appeared that the woman was living in the spa.

b.  In October of 2024, a Fire Inspector with Portland Fire and Rescue reported similar findings at Starlight Spa.  The inspector noted that the employees appeared to be living in the spa.  During the inspection, the inspector was provided with the owner's name "GG" and phone number (626) 295-9495 (a known phone number for **ZHOU**).

c.  On October 15, 2024, the Tualatin Police Department fielded a complaint from a business that neighbors Rose Massage.  The staff at the business (collectively

referred to hereinafter as W2) reported that they could hear sexual noises through the wall.  On one occasion, after W2 walked into Rose Massage to complain about a strong food odor emitting from the business, W2 noticed that a woman appeared to be living at the business. W2 also reported that **ZHOU**'s vehicle (a White Cadillac SUV) was regularly at Rose Massage, and on at least one occasion the vehicle was seen bringing a woman with luggage to the business.

*ZHOU's Businesses Continue to Promote their Sexual Services Online*

30.    A review of historical online advertisements for **ZHOU**'s IMBs indicates that the businesses have posted sexually suggestive content throughout most of their existence.  The advertisements have become increasingly brazen over time, to the point where they now include uncensored pornographic images.

31.    On or about June 24, 2025, Agents conducted an online search for advertisements related to **ZHOU**'s spas.  All three of the spas were found to have active advertisements for sexual services posted to a website called "AdultSearch.com"[4].  A description of each advertisement is as follows:

a.    **Starlight Spa**: An advertisement dated June 12, 2025, was posted to AdultSearch.com.  The advertisement listed the known address (9519 SW Barbur Blvd. Portland, Oregon 97219) and the same phone number (503.444.7112) displayed on Starlight Spa's building signage. There were at least four pornographic photos of Asian women engaged in sex at the top of the ad with the spa's phone number printed over the photos.

---

[4] AdultSearch.com is an online directory of adult services including escorts, massage parlors, strip clubs, and related personal ads.

       i.    The advertisement included statements such as, "Juicy ass with a juicy sweet pussy!! I like all positions with you!!"

      ii.    The advertisement also listed a variety of services offered at the spa which included, "VIP" which consists of "BBBJ" (Bare Back Blow Job - oral sex without a condom), "CIM" (Come In Mouth - ejaculate inside of the mouth), and "Rimming" (oral contact with the anus).

b.  **Skylight Spa**: An advertisement dated April 5, 2025, was posted to AdultSearch.com.  The advertisement listed the address (7850 SW Barbur Blvd., Suite C, Portland, Oregon 97219) and the same phone number (503.477.4643) listed on Skylight Spa's building signage. There were at least four pornographic photos of Asian women engaged in sex at the top of the ad with the spa's phone number printed over the photos.

       i.    The advertisement included statements such as, "Beautiful and sexy Asian Lady."

      ii.    The advertisement also listed a variety of services offered at the spa which included, "Lick and Suck", "Love making", "Nipple suckin", and "BBBJ" (Bare Back Blow Job - oral sex without a condom).

c.  **Rose Massage**: An advertisement dated June 12, 2025, was posted to AdultSearch.com.  The advertisement listed the address (8497 SW Warm Springs St. Tualatin, Oregon 97062) and the same phone number (503.885.3936) listed on Rose Massage's building signage. There were at least four pornographic photos of Asian women engaged in sex at the top of the ad with the spa's phone number printed over the photos.

      i.     The advertisement included statements such as, "Waiting for give you a passionate party in your bed!"

      ii.    The advertisement also listed a variety of services offered at the spa which included, "SuckingLicking", "BBBJ" (Bare Back Blow Job - oral sex without a condom), and "69" (mutual oral sex).

*Recorded Phone Calls to ZHOU's Businesses*

32.    Between July 2, 2025, and July 10, 2025, Agents coordinated with an undercover agent (UCA) to make recorded phone calls to the phone numbers listed on the AdultSearch.com ads (described in paragraph 25 of this affidavit). A summary of the phone calls are as follows:

    a.   Phone calls to Starlight Spa at (503) 444-7112. The UCA made calls in both English and Mandarin. A Mandarin speaking woman answered the phone. She told the UCA a massage was $70 for an hour, and $50 for a half hour. The UCA asked about sexual services, and she said she would not discuss that over the phone. She told the UCA to come into the spa, and they could discuss the spa's other services in person.

    b.   Phone calls to Skylight Spa at (503) 477-4643. The UCA made multiple calls to the spa, but no one answered the phone.

    c.   Phone calls to Rose Massage at (503) 885-3936. The UCA made calls in both English and Mandarin. The Mandarin speaking woman who answered the phone did not provide her name. The woman told the UCA a massage was $70 for an hour, and $50 for a half hour. The UCA asked about sexual services, and the woman said he would need to bring more money for "additional services." The woman encouraged the UCA to bring at least $200.00, and she added a statement

to the effect of, "the more money, the better." The UCA asked if he needed to bring his own condom, and the woman said he just needed to bring money.

*Attempted contact with AdultSearch.com*

33.     On June 30, 2025, Agents sent an email to AdultSearch.com to inquire about their process for receiving and responding to U.S. Subpoenas. AdultSearch.com responded and advised that "Angola Law" prohibits them from providing certified records to U.S. Law Enforcement.

*Bank Account Review – ZHOU is the Primary Beneficiary of the Business Income*

34.     **ZHOU** established business bank accounts at multiple banks over the years. One of these bank accounts, with the account number ending in 8272, was established at OnPoint Credit Union on December 3, 2022. **ZHOU** is the sole signer (owner) of the account. The account lists the "principal place of business" as 519 SW Barbur Blvd. Portland, Oregon 97219 (Starlight Spa).

35.     A review of the 8272 account for the period June 1, 2024, to May 30, 2025 (a one-year period) shows that the only credits, or money in, to the account came solely from credit card receipts from customers totaling $198,998.03.

36.     Debits (money out) to the 8272 account routinely funded utility bills for the massage businesses, and personal purchases for **ZHOU**. These purchases for **ZHOU** included a $100,000.00 down payment for **ZHOU**'s new home at 16449 SW Cambridge Lane Durham, Oregon 97224.

37.     There were no observable debits out of the 8272 account for payroll during this year-long period.

//

//

//

## Conclusion

38.    GUOLING **ZHOU** has created a group of illicit massage businesses that recruit inexperienced and/or unlicensed employees online, then incentivizes them to have sex with customers.  **ZHOU** continues to operate her businesses this way, despite multiple civil fines from the Oregon Board of Massage Therapists.  The sexual services are promoted using explicit online advertisements, and **ZHOU** is the largest beneficiary of the ill-gotten gains.

39.    Based on the foregoing information, I have probable cause to believe that GUOLING **ZHOU** committed the violation of Title 18 U.S.C §1952 (Interstate Commerce in Aid of a Racketeering Enterprise).  I therefore respectfully request that the Court issue a criminal complaint and arrest warrant charging GUOLING **ZHOU** with that offense.

40.    This affidavit, the accompanying criminal complaint, and the requested arrest warrant were all reviewed by Assistant United States Attorney Eliza Carmen Rodriguez prior to being submitted to the Court.  AUSA Carmen Rodriguez informed me that in her opinion, this affidavit is legally and factually sufficient to establish probable cause to support the issuance of the requested complaint and arrest warrant.

## Request for Sealing

41.    It is respectfully requested that the Court issue an order sealing, until further order of the Court, all papers submitted in support of the requested criminal complaint and arrest warrant. I believe that sealing these documents is necessary because the information to be seized is relevant to an ongoing investigation, and any disclosure of the information at this time may cause flight from prosecution, cause destruction of or tampering with evidence, cause intimidation of potential witnesses, or otherwise seriously jeopardize an investigation.  Premature disclosure of the affidavit, the criminal complaint, and the arrest warrant may adversely affect the integrity of the

investigation.

By phone pursuant to Fed. R. Crim. P. 4.1
ROY GARRISON
Special Agent, IRS – Criminal Investigation

Sworn to by telephone or other reliable means in accordance with Fed. R. Crim. P. 4.1(a)

at ___6:31 pm_____ am/pm on October ___14____, 2025.

_Youlee Yim You_
_____
HONORABLE YOULEE YIM YOU
United States Magistrate Judge

Page 17 – Affidavit of Roy Garrison